# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

ORIGINAL

05-875

TO: Tyrone Gunn    SBI#: 375731

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   November 21, 2005

FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of May 1, 2005 to October 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 12.20 |
| June | 19.06 |
| July | 46.57 |
| Aug | 41.06 |
| Sept | 43.75 |
| Oct | 65.41 |

Average daily balances/6 months: 38.18

Attachments
CC:  File

Stacy Shane
11/21/05

Notary public
11/22/05

# Individual Statement

Date Printed: 11/21/2005                                           Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $36.74 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |
| Current Location: | 21 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2005 | ($15.00) | $0.00 | $0.00 | $21.74 | 101770 | | | |
| Pay-To | 5/5/2005 | ($0.37) | $0.00 | $0.00 | $21.37 | 103243 | | DST/POSTAGE | |
| Pay-To | 5/12/2005 | $0.00 | $0.00 | ($0.60) | $21.37 | 106730 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($6.00) | $0.00 | $0.00 | $15.37 | 106812 | | PRISON INDUSTRIES | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $14.77 | 107204 | | DST/POSTAGE | |
| Canteen | 5/17/2005 | ($12.22) | $0.00 | $0.00 | $2.55 | 107880 | | | |
| Pay-To | 5/20/2005 | ($0.37) | $0.00 | $0.00 | $2.18 | 109615 | | DST/POSTAGE | |
| Pay-To | 5/27/2005 | ($0.37) | $0.00 | $0.00 | $1.81 | 112761 | | DST/POSTAGE | |

Ending Mth Balance:    $1.81

# Individual Statement

Date Printed: 11/21/2005  Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.81 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: 21  Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/1/2005 | $25.00 | $0.00 | $0.00 | $26.81 | 113661 | 0427374171 | | J GUENIN |
| Canteen | 6/1/2005 | ($1.57) | $0.00 | $0.00 | $25.24 | 113848 | | | |
| Canteen | 6/14/2005 | ($14.99) | $0.00 | $0.00 | $10.25 | 119927 | | | |
| Pay-To | 6/27/2005 | ($0.37) | $0.00 | $0.00 | $9.88 | 124399 | | DST/POSTAGE | |
| Canteen | 6/28/2005 | ($9.73) | $0.00 | $0.00 | $0.15 | 124863 | | | |
| Mail | 6/29/2005 | $25.00 | $0.00 | $0.00 | $25.15 | 125606 | 42737678 | | J GUINN |
| Mail | 6/29/2005 | $25.00 | $0.00 | $0.00 | $50.15 | 125607 | 7753061700 | | J GUINN |

Ending Mth Balance: $50.15

# Individual Statement

Date Printed: 11/21/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | $50.15 | | | |
| Current Location: | 21 | | Comments: QOL3 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/1/2005 | $25.00 | $0.00 | $0.00 | $75.15 | 126561 | 8545215453 | | GRANDMA |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $74.78 | 129728 | | DST/POSTAGE | |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $74.41 | 129735 | | DST/POSTAGE | |
| Canteen | 7/12/2005 | ($32.33) | $0.00 | $0.00 | $42.08 | 130486 | | | |
| Pay-To | 7/14/2005 | ($12.00) | $0.00 | $0.00 | $30.08 | 131480 | | HARRIS PUBLICATIO | |
| Medical | 7/15/2005 | $0.00 | ($4.00) | $0.00 | $30.08 | 132282 | | 7/12/05 | |
| Medical | 7/15/2005 | ($4.00) | $0.00 | $0.00 | $26.08 | 132368 | | 7/12/05 | |
| Canteen | 7/19/2005 | ($4.99) | $0.00 | $0.00 | $21.09 | 132945 | | | |
| Pay-To | 7/22/2005 | ($0.37) | $0.00 | $0.00 | $20.72 | 135308 | | DST/POSTAGE | |
| Pay-To | 7/22/2005 | ($0.37) | $0.00 | $0.00 | $20.35 | 135319 | | DST/POSTAGE | |
| Pay-To | 7/22/2005 | ($0.60) | $0.00 | $0.00 | $19.75 | 135329 | | DST/POSTAGE | |
| Canteen | 7/25/2005 | $20.20 | $0.00 | $0.00 | $39.95 | 135811 | | REFUND | |

Ending Mth Balance: $39.95

# Individual Statement

Date Printed: 11/21/2005

## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.95 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: 21  Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2005 | ($9.84) | $0.00 | $0.00 | $30.11 | 138875 | | | |
| Visit | 8/11/2005 | $25.00 | $0.00 | $0.00 | $55.11 | 143440 | 451842219-20702 | | J GUINN |
| Canteen | 8/16/2005 | ($9.83) | $0.00 | $0.00 | $45.28 | 145114 | | | |
| Canteen | 8/30/2005 | ($9.75) | $0.00 | $0.00 | $35.53 | 150439 | | | |

Ending Mth Balance: $35.53

# Individual Statement

Date Printed: 11/21/2005

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $35.53 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: 21     Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $35.53 | 156124 | | | |
| Mail | 9/21/2005 | $25.00 | $0.00 | $0.00 | $60.53 | 160214 | 45184581 | POSTAGE | J GUINN |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $60.53 | 161458 | | POSTAGE | |
| Canteen | 9/27/2005 | ($0.83) | $0.00 | $0.00 | $59.70 | 162157 | | | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $59.70 | 163969 | | POSTAGE | |

Ending Mth Balance: $59.70

Date Printed: 11/21/2005

# Individual Statement
## For Month of October 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $59.70 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

**Current Location:** 21   **Comments:** QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.52) | $59.70 | 167713 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $59.33 | 167855 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $58.96 | 168302 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $58.59 | 168498 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.52) | $0.00 | $0.00 | $57.07 | 168641 | | DST/POSTAGE | |
| Visit | 10/11/2005 | $25.00 | $0.00 | $0.00 | $82.07 | 169206 | 9248001537 | | J. GUINN |
| Canteen | 10/11/2005 | ($10.00) | $0.00 | $0.00 | $72.07 | 169638 | | | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $72.07 | 172396 | | DST/POSTAGE | |
| Canteen | 10/25/2005 | ($9.96) | $0.00 | $0.00 | $62.11 | 175096 | | | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $62.11 | 176099 | | POSTAGE | |

**Ending Mth Balance:** $62.11