

(Rev 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Tyrone H. Guinan
(Name of Plaintiff)   (Inmate Number)

Deleweer Correction Center 1181
Paddock Rd. Smyurna DE, A977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Nicole M. Walker

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

0 5 - 8 7 5
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• Jury Trial Requested

FILED
DEC 1 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   ··Yes   ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   ·(Yes)   ··No

C. If your answer to "B" is Yes:

1. What steps did you take? I wrote a complaint letter to Lawrence Sullivan on 4/14/05, and Disciplinary Counsel Office on 7/13/05

2. What was the result? I recived no responds from Lawrence Slilliven. Disciplinary Counsel filed my letter to my Counsel Supervior, I still havin recive a reponds.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Nicole M. Walker

Employed as Public Defender at Public Defender Office.

Mailing address with zip code: Public Defender of the State of Del, Carvel State Office Building 820. N. French St. Third Floor Wilm, Del 19801

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Fact's of this Clam has caused "Defendent Plantiff" Tyrone H. Guinn to Be found guilty of a Crime cheerge he has not committed, In was Deprived as that of an Attorney with ordinery Training and Skill in the Criminel Law, when Defendent Ms. Nicole M. Walker

2. Failed, to call my only Evidence to the Stend, By The Sworn Testimony of my witness, Befor the Court of Law, to Rep. my Defense, That led to me to Be Found guilty on the Cherge Ayianst me, The Defendent Respondible Involved Is "Nicole M. Walker,

3. that Rep. me on 5/19/05 & 5/20/05 7/1/05 at the Superior Court In the Del. Befor Juge Ms. Mery Johnson In Criminel Action No. IN04111483. "(ID 04110/3992). assult. Det. Facil. Defendent Attorney Failed to Subpeena "my" witness and Failed to Cross-Examinle, as well Defendent Attorney Failed
— Continue on Next page —

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the Court of Law to seek Approximly two point five "2.5 million" Doller's for the coust of my Convections at level 5" on July 1, 2005 Because of Counsel (Defendent) Ms. Nicole M. Walker Ineffective Counsel That caused me also Mental Anguish In House In a Max Security Unit, "(SHU)". also all Legal Fee's to Be handle at the expence of Defendent, (Ms. Nicole M Walker).

Defend my Decisions of Not guilty, By Presenting to the Court, and Jury Trial That my acts was Not Intentionally when I told her to present my Case on "not guilty, Beyond Resonable Dubt only.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of December, 2005.

Tyrone Quinn
_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M Tyrone Quinn
SBI# 00575 731 UNIT MHU 21#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Clerk
U.S. District Court
Lockbox 18th 844 N. King St.
Wilm, De 19801