Re: Attached Complaint

1/3/06

SBI: 275731    Tyrone Gwinn

05-875 (KAJ)

Dear: Judge Kent A Jordan, My Name is Tyrone Gwinn SBI: 375731. You are the Judge in my 42. USC 1983 action, The reason why I'm writing your office because, on Dec. 9th 2005 I sent a complaint about my Lawyer that was "Ineffective Assistant,ncy of Counsel". In That complaint I forgot to add one last thing Because on Pg. IV. "Statement of Claim" it Says: (state as briefly as possible the facts of my case)." In I had one last thing I would like to know, can you add it along with the rest of my current complaint? or can I just add it in with my briefs when I file them to your office on your orders. So when you have the time can you contact me in let me know if that's ok.

Your Truly...

Tyrone Gwinn

P.s. here's a copy of my complaint if you are willing to have this problem exhausted.

FILED
JAN 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

— Complaint 42 USC 1983 Sue. —

Date 12/9/05

1. I wrote to the court on Oct. 18 with a Affidavit Requesting to proceed 'Pro Se' pursuant to Rule 26 (d)(iii). And the court granted my request in gave me a new "Assistanting Lawyer" Name: Mr Lorrn C. Meyers. He has been my Assistant counsel since Oct. 18 2005, on Dec. 5, 2005 my old lawyer Ms. Nicole M. Walker filed my: "Appellant's Reply Briefs" to the Supreme Court on my Behave. When I already exscuted her from my case months earlyer, and moved toward 'pro se'. She volated "Intentionally volated" my Rights to Due Process and was ineffective assistance of counsel. I fired her from my case because she was, even "then" ineffective and failed to cross exem my witness. And she failed to Duscuss my appeal with me Befor First Filein it out on my Behave. She filed my "Reply Brief" to the Supreme Court on the same grounds I did not want with out agian Duscussin what she was Doing.

Date 1/3/06

Re: Juge - CERTiFicete of seRVice -
Attach complaint,

Dear: Office of the clerk, my Name is Tyrone Julian
I have a Request I would like to have this letter sent to:

I, Party: Mr. Juge Kent A Jorden

As A: -CERtiFicete of service on this Very

Day of 1/3/06 By:

Tyrone Julian

IM Tyrone Jusnen
SBI# 1375 731 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, Del. 19801-3570